**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Maurice Roberts, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2022-000652

---

Appeal from Richland County
Grace Gilchrist Knie, Circuit Court Judge

---

Memorandum Opinion No. 2026-MO-003
Heard April 1, 2026 – Filed April 15, 2026

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Joanna Katherine Delany, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

---

**PER CURIAM:** We granted certiorari to review the order of the PCR court in the above-captioned matter dismissing Petitioner's application for PCR. After careful consideration, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., JAMES, HILL, VERDIN, JJ., and Acting Justice Vernon F. Dunbar, concur.**